IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| American Equipment Company, Inc., | ) | |
| | ) | C.A. No. 6:06-3568-HMH |
| Plaintiff, | ) | |
| | ) | **OPINION & ORDER** |
| vs. | ) | |
| | ) | |
| A&L Underground, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on A&L Underground, Inc.'s ("A&L Underground")

motion to stay the case pending appeal.  After a review of the record and the applicable law,

the court denies A&L Underground's motion to stay.  Pursuant to the Federal Arbitration Act,

"[a]n appeal may be taken from . . . an order . . . refusing a stay of any action under section 3 of

this title, . . . denying a petition under section 4 of this title to order arbitration to proceed,

. . . [or] denying an application under section 206 of this title to compel arbitration."  9 U.S.C. §

16(a)(1)(A)-(C) (1999).  However, the United States Court of Appeals for the Fourth Circuit

"has not decided whether a stay of the entire action is required pending appeal of an order

denying a motion to compel arbitration . . . ."  In re White Mountain Mining Co., L.L.C., 403

F.3d 164, 171 (4th Cir. 2005).  Further, A&L Underground did not file a motion to compel

arbitration or a motion to stay the case pending arbitration.  A&L Underground filed a motion to

dismiss pursuant to Rules 12(b)(1), 12(b)(3), 12(b)(4), 12(b)(5), and 12(b)(6) of the Federal

Rules of Civil Procedure.  The court denied A&L Underground's motion due to factual disputes

regarding the underlying contract.  Under these circumstances, the court denies A&L

Underground's motion to stay the case pending appeal.

It is therefore

**ORDERED** that the Defendant's motion to stay, docket number 25, is denied.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
April 3, 2007