IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| American Equipment Company, Inc., ) | |
| ) | C.A. No. 6:06-3568-HMH |
| Plaintiff, ) | |
| ) | **OPINION & ORDER** |
| vs. ) | |
| ) | |
| A&L Underground, Inc. and ) | |
| A&L International I Ltd., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on American Equipment Company, Inc.'s ("AMECO") motion to compel discovery pursuant to Rules 26, 33, 34 and 37 of the Federal Rules of Civil Procedure.

In its motion, AMECO argues that the Defendants have failed to provide certain information and documents in response to AMECO's interrogatories and document requests. (Pl.'s Mem. Supp. Mot. Compel 2.) In response, the Defendants have submitted amended answers to interrogatories and responses to AMECO's document requests, which the Defendants assert should now be adequate. AMECO did not file a reply. Therefore, AMECO's motion to compel appears to be moot. Based on the foregoing, AMECO's motion to compel is denied.

1

Therefore, it is

**ORDERED** that the Plaintiff's motion to compel, docket number 52, is denied.

**IT IS SO ORDERED.**

                                                      s/Henry M. Herlong, Jr.
                                                     United States District Judge

Greenville, South Carolina
August 29, 2007